AO 245D (Rev 12/03)   Judgment in a Criminal Case for Revocations
Sheet 1

# United States District Court
### SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For **Revocation** of Probation or Supervised Release) |

Henry Osborne

Case Number:   CR493-00207-001

USM Number:   08487-021

Wallace James Williams
Defendant's Attorney

**THE DEFENDANT:**
[X]   admitted guilt to violation of standard conditions 2 and 7 of the term of supervision.
[ ]   was found in violation of condition(s) _ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant purchased, possessed, used, distributed, or administered narcotics or other controlled substances, or any paraphernalia related to such substances, except as prescribed by a physician (standard condition). | February 1, 2005 |

**See Page 2 for Additional Violation.**

The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s)___ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No:

Defendant's Date of Birth:   September 23, 1949

April 4, 2006
Date of Imposition of Judgment

Signature of Judge

Defendant's Residence Address:

Defendant's Mailing Address:

Judge, U.S. District Court
Name and Title of Judge

4-5-06
Date

DEFENDANT: Henry Osborne
CASE NUMBER: CR493-00207-001

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to report to the probation officer as directed by the Court or probation officer (standard condition). | March 3, 2006 |

AO 245D (Rev 12/03) Judgment in a Criminal Case for Revocations:                                                    Judgment-Page 2 of 3
    Sheet 1A

DEFENDANT: Henry Osborne
CASE NUMBER: CR493-00207-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: __14 months__ .

[X]  The Court makes the following recommendations to the Bureau of Prisons:

The defendant be incarcerated at the facility located in Jesup, Georgia.

[X]  The defendant is remanded to the custody of the United States Marshal.
[ ]  The defendant shall surrender to the United States Marshal for this district,

  [ ] at ___ [ ] a.m. [ ] p.m. on _____.
  [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  [ ] before 2 p.m. on _____.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____

United States Marshal

By _____

Deputy United States Marshal